This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-41288

**LEONARD URTIAGA,**

Worker-Appellant,

v.

**CHAVEZ CONCRETE AND
EXCAVATION CONTRACTOR,
and NEW MEXICO MUTUAL,**

Employer/Insurer-Appellees.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION
Anthony "Tony" Couture, Worker's Compensation Judge**

Michael J. Doyle
Los Lunas, NM

for Appellant

Law Office of Nathan Cobb, LLC
Nathan A. Cobb
Albuquerque, NM

for Appellees

## MEMORANDUM OPINION

**HANISEE, Judge.**

{1}     Worker appeals from a compensation order. This Court issued a notice of proposed summary disposition, proposing to affirm. Worker has filed a timely notice of intent not to file a memorandum in opposition. Accordingly, and for the reasons stated in our notice of proposed summary disposition, we affirm the compensation order.

{2}     **IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Chief Judge**

**GERALD E. BACA, Judge**